IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of:<br><br>Jeremy Batteast<br><br>Debtor | Bankruptcy No. 22-00424<br>Judge Deborah L. Thorne<br>Chapter: 13 |

## **OBJECTION TO CONFIRMATION**

NOW COMES Westlake Services, LLC d/b/a Westlake Financial Services (hereinafter "Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on January 13, 2022.

2. Creditor, a party in interest, holds a Retail Installment Contract and Security Agreement dated March 4, 2021 secured by the Debtor's 2013 Ford Explorer XLT, with a VIN of 1FM5K8D84DGC40238.

3. The payoff balance due as the filing date of this case is $15,025.00

4. The Debtor's proposed plan provides treatment for Creditor's claim in Section 3.3 of the plan. The treatment is for Creditor's claim (in the amount as per Creditor's Proof of Claim) to be paid in full without interest over the 60-month term of the plan, via direct payments to Creditor. The Debtor estimates Creditor's claim to be $11,189.00 and that the monthly payments needed to pay this would be $325.00.

5. If Creditor's actual claim were $11,189.00, the monthly payment needed to pay that over 60 months would be $186.48. The Debtor's estimated payment amount of $325.00 is much closer to the contractual payment amount of $387.41. Based on these figures, as well as the Direct instead of Trustee payment of Creditor's claim, it appears at least possible that the intended treatment for this loan is for the Debtor to maintain direct contractual payments.

6. Based on the plain language of the proposed plan, Creditor objects on the ground that 0% interest would fail to yield a distribution on Creditor's claim at least equal to the claim's present value.

7. Creditor would not object to a plan that provides for the Debtor to maintain contractual payments.

WHEREFORE, Westlake Services, LLC d/b/a Westlake Financial Services prays that confirmation of the Debtor's plan be denied and for such other relief as the Court deems just.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Westlake Services, LLC d/b/a
Westlake Financial Services

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE