IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-00424 |
| | } | |
| Jeremy Batteast | } | Judge Deborah L. Thorne |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO:   **Marilyn O. Marshall**, Chapter 13 Trustee, 224 S. Michigan, Ste 800, Chicago, IL 60604, via electronic notification;

Scribe Funding, LLC, 5313 Benton Ave., Downers Grove, IL 60515, via U.S. Mail

**Jeremy Batteast,** 18327 Holland Roaad, Lansing, IL 60438, via U.S. Mail; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on May 3 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin            5/3/2022
David Freydin, Esq         Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-00424<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan 14 10:05:05 CST 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aaron's Sales & Lease<br>Attn: Bankruptcy<br>Po Box 100039<br>Kennesaw, GA 30156-9239 |
| Account Resolution Services<br>Attn: Bankruptcy<br>Po Box 459079<br>Sunrise, FL 33345-9079 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cook County Clerk<br>69 W Washington St., #500<br>Chicago, IL 60602-3030 |
| Cook County Treasurer<br>118 N LaSalle St, Unit 112<br>Chicago, IL 60602 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving, TX 75016-6008 |
| Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCSB3E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Komyatte & Casbon, PC<br>Attn: Collections Department<br>9650 Gordon Drive<br>Highland, IN 46322-2909 | Medical Commercial Audit Inc<br>Po Box 480<br>High Ridge, MO 63049-0480 | Opportunity Financial, LLC<br>130 East Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Selfinc/lead<br>Attn: Bankruptcy<br>515 Congress Avenue #2200<br>Austin, TX 78701-3560 | Sunrise Banks<br>Attn: Bankruptcy<br>200 University Avenue West<br>Saint Paul, MN 55103-2075 |
| Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Us Bank<br>Attn Cbdh<br>Oshkosh, WI 54903 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Westlake Financial Services<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | Zingo Cash<br>Po Box 5601<br>Vernon Hills, IL 60061-5601 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Jeremy Batteast<br>18327 Holland Road<br>Lansing, IL 60438-2599 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Us Bank
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Credit Management Lp

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28