IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jeremy Batteast

Debtor

Bankruptcy No. 22-00424
Judge Deborah L. Thorne
Chapter: 13

## AMENDED OBJECTION TO CONFIRMATION

NOW COMES Westlake Services, LLC d/b/a Westlake Financial Services (hereinafter "Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on January 13, 2022.

2. Creditor, a party in interest, holds a Retail Installment Contract and Security Agreement dated March 4, 2021 secured by the Debtor's 2013 Ford Explorer XLT, with a VIN of 1FM5K8D84DGC40238.

3. The payoff balance due as the filing date of this case is $15,025.00

4. The Debtor's original plan provided treatment for Creditor's claim in Section 3.3 of the plan. The treatment was for Creditor's claim (in the amount as per Creditor's Proof of Claim) to be paid in full without interest over the 60-month term of the plan, via direct payments to Creditor. The Debtor estimated Creditor's claim to be $11,189.00 and that the monthly payments needed to pay this would be $325.00.

5. Creditor objected to this treatment on the basis of the lack of interest not paying the claim's present value, and also that it appeared there was an intent to pay contractually.

6. On May 3, 2022, the Debtor amended his plan to treat Creditor's claim by paying it in full at the contractual interest rate, making direct monthly payments in the contractual

      payment amount of $387.41. Creditor considers this treatment equivalent to paying contractually and does not object to the treatment.

7. However, as of May 24, 2022, the Debtor has not made any of the direct payments proposed in his plan. The account is currently past due for February 12, 2022, through May 12, 2022, in a total amount of $1,549.64. The Debtor's failure to maintain the direct payments as proposed in his plan demonstrates that the plan is infeasible.

WHEREFORE, Westlake Services, LLC d/b/a Westlake Financial Services prays that confirmation of the Debtor's plan be denied and for such other relief as the Court deems just.

                                    /s/ Kenneth W. Bach
                                    Kenneth W. Bach, ARDC #6295816
                                    Attorney for Westlake Services, LLC d/b/a
                                    Westlake Financial Services

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jeremy Batteast

Debtor

Bankruptcy No. 22-00424
Judge Deborah L. Thorne
Chapter: 13

## NOTICE OF FILING

TO:  Jeremy Batteast, 18327 Holland Road, Lansing, IL 60438
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David Freydin, Law Offices of David Freydin Ltd, 8707 Skokie Blvd., Suite 312, Skokie, IL 60077
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Please take notice on May 24, 2022, the attached Objection to Confirmation of was electronically filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois.

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached Objection to Confirmation by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on May 24, 2022.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Westlake Services, LLC d/b/a
Westlake Financial Services

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE